## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Peter A. Crawford

                Plaintiff(s)

         v.                         CIVIL ACTION NO. 14cv13042-WGY

Celia Blue et al

                Defendant(s)

## JUDGMENT IN A CIVIL CASE

Young, D.J.

\_\_\_\_\_      **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_\_     **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS  ORDERED AND ADJUDGED:**

Crawford's motion for summary judgment is ALLOWED IN PART with respect to Crawford's due process challenge to the filing fee requirement of Massachusetts General Laws, chapter 90C, section 3. Although this case presents a very close question, the due process balancing weighs in Crawford's favor.  On the related challenge to the suspension of his Massachusetts operating privileges, the combination of adequate notice and post-deprivation remedies constitutes sufficient due process. In this and all other respects Crawford's motion for summary judgment is DENIED.  The Defendants' motion for summary judgment is DENIED insofar as the current Registrar must now deal with this Court's declaration of the constitutional law.  The Court is confident she will do so.  As to remedies, the Defendants' motion for summary judgment is ALLOWED and judgment shall enter for both Defendants.

ROBERT M. FARRELL
CLERK OF COURT

Dated: September 22, 2017

/s/Matthew A. Paine
By
Deputy Clerk